FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ SEP 14 2017 ★ Rec'd
isLn
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DANIEL DEYNES,

                      Plaintiff,

  -against-

CORRECTION OFFICER DAF; CORRECTION
OFFICER GRANT; CORRECTION OFFICER
JOHN DOE; CAPTAIN THOMAS; NURSE
JANE DOE,

                      Defendants.
------------------------------------------------------------X

MEMORANDUM
AND ORDER
17-CV-4933 (KAM)(RML)

**LEVY, United States Magistrate Judge:**

*Pro se* Plaintiff, Daniel Deynes, brings this civil rights actions pursuant to 42 U.S.C. § 1983 regarding the alleged deliberate indifference to serious medical needs at Rikers Island in October, 2016. Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. § 1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendants Captain Thomas and Correction Officers Daf and Grant[1] without prepayment of fees.

                                      /S/ Judge Robert M. Levy

                                      Robert M. Levy
                                      United States Magistrate Judge

Dated: Brooklyn, New York
        September 12, 2017

---

[1] Plaintiff does not provide enough information for service upon the Nurse Jane Doe or Correction Officer Doe he names as defendants. No summons shall issue as to these defendants unless or until further information arises or is provided.